**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

**Magistrate Judge BERNARD ZIMMERMAN**

Date: **8/25/08**

Time: 4:03-4:16

**C 08-2468 BZ**

  **Michelle Francis**   v **Telecare Corporation**

Attorneys:     Pltf.: Michael C. Cohen     Deft.: Anne-Marie Waggoner

Deputy Clerk: **Simone Voltz**         Reporter:  **n/a**

**PROCEEDINGS:**                                              **RULING:**

1.  Initial Case Management Conference                       Held
2.  

( ) Status Conference     ( ) P/T Conference     ( x ) Case Management Conference

**ORDERED AFTER HEARING:**

( x ) ORDER TO BE PREPARED BY:    Pltnf_____  Deft_____  Court_x__

( ) Referred to Magistrate Judge For:

( ) CASE CONTINUED TO_____   for _____

Discovery Cut-Off_____  Expert Discovery Cut-Off_____

Plntf to Name Experts by _____  Deft to Name Experts by_____

P/T Conference Date_____  Trial Date_7/27/09 at 8:30a.m.  Set for ___5___ days
                                         Type of Trial:  ( x )Jury     ( )Court
Notes: