JEFFREY L. ADAMS, Bar No. 148393
LITTLER MENDELSON
A Professional Corporation
1255 Treat Blvd., Suite 600
Walnut Creek, CA 94597
Telephone: (925) 932-2468
Facsimile: (925) 946-9809
Email: jadams@littler.com

Attorneys for Defendant
TELECARE CORPORATION

MICHAEL C. COHEN, ESQ.
LAW OFFICES OF MICHAEL C. COHEN
1814 Franklin Street, Suite 900
Oakland, CA 94612
Telephone: (510) 832-6436
Email: mcohen@cohenlegalfirm.com

Attorneys for Plaintiff
MICHELLE FRANCIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE FRANCIS,<br><br>              Plaintiff,<br><br>       v.<br><br>TELECARE CORPORATION,<br>DOES 1 through 10,<br><br>              Defendants. | Case No. CV 08 2468 BZ<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO EXTEND DEADLINE DATE<br>FOR CONDUCTING EARLY NEUTRAL<br>EVALUATION** |

Plaintiff, MICHELLE FRANCIS, and Defendant, TELECARE CORPORATION, through their respective counsel, hereby stipulate as follows:

WHEREAS, the Court, in its Pretrial Order, states that "an Early Neutral Evaluation to be conducted by November 10, 2008, if possible."

WHEREAS, the Parties and the Evaluator had scheduling conflicts, and therefore, the ENE Session was unable to be scheduled until and, is currently scheduled to occur, November 19,

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE
DATE FOR CONDUCTING ENE SESSION

2008.

WHEREAS, due to the scheduling conflicts, the Parties hereby stipulate to continue last day to conduct the ENE Session as ordered by the Court to November 30, 2008.

Dated: November 10, 2008

/s/
JEFFREY L. ADAMS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
TELECARE CORPORATION

Dated: November 10, 2008

/s/
MICHAEL C. COHEN, ESQ.
LAW OFFICES OF MICHAEL C. COHEN
Attorneys for Plaintiff
MICHELLE FRANCIS

**ORDER**

IT IS SO ORDERED:

DATED: 11/12/2008

HON. JUDGE BERNARD ZIMMERMAN
United States Magistrate Judge

Firmwide:87378745.1 008313.1143

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

2.
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE
DATE FOR CONDUCTING ENE SESSION