

1  JEFFREY L. ADAMS, Bar No. 148393
   ANNE-MARIE WAGGONER, Bar No. 173407
2  LITTLER MENDELSON
   A Professional Corporation
3  1255 Treat Blvd., Suite 600
   Walnut Creek, CA 94597
4  Telephone:   (925) 932-2468
   Facsimile:   (925) 946-9809
5  Email: jadams@littler.com

6  Attorneys for Defendant
   TELECARE CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  MICHELLE FRANCIS,                | Case No. CV 08 2468 BZ
12           Plaintiff,               | **DEFENDANT TELECARE
                                      | CORPORATION'S WRITTEN
13       v.                           | APPLICATION TO EXCUSE
                                      | ATTENDANCE OF REPRESENTATIVE
14  TELECARE CORPORATION,             | OF INSURANCE CARRIER AT
    DOES 1 through 10,                | SETTLEMENT CONFERENCE; AND
15                                    | [PROPOSED] ORDER THEREON**
           Defendants.
16                                    | Date: April 29, 2009
                                      | Time: 2:00 p.m.
17                                    | Chief Magistrate Judge James Larsen
                                      | Courtroom F, 15th Floor
18
                                      | Action Filed: January 9, 2008
19
                                      | Trial Date:   July 27, 2009
20

21

22

23                              **APPLICATION**

24          Defendant Telecare Corporation respectfully requests that the Court excuse the

25  representative of its insurance carrier from personally attending the settlement conference scheduled

26  for April 29, 2009, at 2:00 p.m.  The representative of the insurance carrier, Chubb Specialty

27  Insurance, who has been assigned to this matter, Tracy Bilodeau, Esq., resides in the Phoenix,

28  Arizona area.  Ms. Bilodeau is unable to attend the settlement conference on April 29 in person

1.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

DEFENDANT'S APPLICATION TO EXCUSE INSURANCE CARRIER'S ATTENDANCE AT
SETTLEMENT CONFERENCE

without substantial hardship because she has other commitments on that date that cannot be changed, including a medical appointment and childcare obligations. (Her husband is actively serving in the military, and because she is by default the primary caregiver, she is unable to travel to the San Francisco area.) However, Ms. Bilodeau can be available by telephone for the settlement conference.

Therefore, defendant Telecare Corporation respectfully requests that this application be granted.

Dated: April 22, 2009

Respectfully submitted,

ANNE-MARIE WAGGONER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
TELECARE CORPORATION

### ORDER

Pursuant to the Application set forth above, the Court excuses the representative of Defendant Telecare Corporation's insurance carrier, Tracy Bilodeau, Esq., of Chubb Specialty Insurance, from personal attendance at the settlement conference on April 29, 2009. In lieu of her personal appearance, Ms. Bilodeau is ordered to be available by telephone for the duration of the settlement conference.

IT IS SO ORDERED.

Dated: April 23, 2009

JAMES LARSEN
Chief Magistrate Judge

Firmwide:89633369.1 008313.1143

2.

DEFENDANT'S APPLICATION TO EXCUSE INSURANCE CARRIER'S ATTENDANCE AT SETTLEMENT CONFERENCE