JEFFREY L. ADAMS, Bar No. 148393
ANNE-MARIE WAGGONER, Bar No. 173407
LITTLER MENDELSON
A Professional Corporation
1255 Treat Blvd., Suite 600
Walnut Creek, CA 94597
Telephone:   (925) 932-2468
Facsimile:   (925) 946-9809
Email:   jadams@littler.com
         awaggoner@littler.com

Attorneys for Defendant
TELECARE CORPORATION


MICHAEL C. COHEN, Bar No. 65487
LAW OFFICES OF MICHAEL C. COHEN
1814 Franklin Street, St.e 900
Oakland, California 94612
Telephone:   510.832.6436
Facsimile:   510.832.6439
Email:   mcohen@cohenlegalfirm.com

Attorney for Plaintiff
MICHELLE FRANCIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE FRANCIS,<br><br>  Plaintiff,<br><br>v.<br><br>TELECARE CORPORATION, DOES 1-10,<br><br>  Defendants. | Case No. CV 08 2468 BZ<br><br>**STIPULATED EXTENSION OF TIME FOR DEFENDANT TO FILE MOTION FOR PREVAILING PARTY ATTORNEYS' FEES**<br><br>Judge:   U.S. Magistrate Judge<br>         Bernard Zimmerman |

Pursuant to Rules 6-1(b), 6-2 and 7-12 of the Court's local rules, the parties hereby stipulate through their respective counsel of record to extend the time for Defendant to file a Motion for Prevailing Party Attorneys' Fees from June 18, 2009 to June 26, 2009.

---

STIPULATION EXTENSION OF TIME TO
FILE MTN FOR ATTORNEYS' FEES

CASE NO. CV 08 2468 BZ

By their signatures below, the parties affirm that they are attempting to resolve the issue of attorneys' fees informally amongst themselves, that there have not been any previous time modifications in this case and that this extension will not have an effect on the schedule of this post-judgment case.

Dated: June 16, 2009

/s/Anne-Marie Waggoner
ANNE-MARIE WAGGONER
LITTLER MENDELSON
A Professional Corporation

Attorneys for Defendant
TELECARE CORPORATION

Dated: June 16, 2009

/s/ Michael C. Cohen
MICHAEL C. COHEN
LAW OFFICES OF MICHAEL C. COHEN

Attorney for Plaintiff
MICHELLE FRANCIS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June ~~16~~ 22 , 2009

*[signature: Bernard Zimmerman]*

~~JUDGE PHYLLIS J. HAMILTON~~
MAGISTRATE JUDGE BERNARD ZIMMERMAN

Firmwide:90526967.1 008313.1143

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION EXTENSION OF TIME TO
FILE MTN FOR ATTORNEYS' FEES    2    CASE NO. CV 08 2468 BZ

## DECLARATION OF COUNSEL REGARDING SIGNATORY'S CONCURRENCE WITH THE ELECTRONIC FILING OF THIS DOCUMENT

I, Anne-Marie Waggoner, hereby declare and state as follows:

1. I am an attorney licensed to practice in the courts of the State of California and the United States District Court for the Northern District of California. I am Of Counsel with the law firm of Littler Mendelson, A Professional Corporation, and counsel of record for Defendant Telecare Corporation.

2. In accordance with U.S. District Court for the Northern District of California, General Order No. 45, my colleague, Harry DeCourcy, Esq., has obtained the concurrence for the filing of this document from the signatory, Michael C. Cohen, hereto. Littler Mendelson will maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I hereby declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this Declaration was executed on June 16, 2009, at Walnut Creek, California.

                                          /s/Anne-Marie Waggoner
                                          ANNE-MARIE WAGGONER

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION EXTENSION OF TIME TO FILE MTN FOR ATTORNEYS' FEES    2    CASE NO. CV 08 2468 BZ