```
 1  JEFFREY L. ADAMS, Bar No. 148393
    ANNE-MARIE WAGGONER, Bar No. 173407
 2  LITTLER MENDELSON
    A Professional Corporation
 3  1255 Treat Blvd., Suite 600
    Walnut Creek, CA 94597
 4  Telephone:   (925) 932-2468
    Facsimile:   (925) 946-9809
 5  Email:   jadams@littler.com
             awaggoner@littler.com
 6
    Attorneys for Defendant
 7  TELECARE CORPORATION

 8
    MICHAEL C. COHEN, Bar No. 65487
 9  LAW OFFICES OF MICHAEL C. COHEN
    1814 Franklin Street, St.e 900
10  Oakland, California 94612
    Telephone:   510.832.6436
11  Facsimile:   510.832.6439
    Email:   mcohen@cohenlegalfirm.com
12
    Attorney for Plaintiff
13  MICHELLE FRANCIS
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| MICHELLE FRANCIS,                    | Case No. CV 08 2468 BZ                                                         |
|--------------------------------------|--------------------------------------------------------------------------------|
| Plaintiff,                           | STIPULATION RE: PARTIES' WAIVER OF POST-JUDGMENT MOTIONS; APPEAL AND COSTS     |
| v.                                   |                                                                                |
| TELECARE CORPORATION, DOES 1-10,     | Judge:    U.S. Magistrate Judge Bernard Zimmerman                              |
| Defendants.                          |                                                                                |

IT IS HEREBY STIPULATED BETWEEN THE PARTIES HERETO, by and between their respective counsel of record, that the Court's June 4, 2009 Order Granting Summary Judgment and June 4, 2009 Judgment in favor of Defendant be and hereby are final and binding on both parties. Further, Defendant waives its right to recover its costs and/or seek appeal or reconsideration of the Court's Order on Defendant's Motion for Prevailing Party Attorneys' Fees

---

STIPULATION RE: PARTIES' WAIVER OF POST-JUDGMENT MOTIONS, APPEAL AND COSTS | CASE NO. CV 08 2468 BZ

and Plaintiff shall waive her right to any and all post-Judgment motions and/or appeal from the Judgment.

**IT IS SO STIPULATED.**

Dated: July 6, 2009

ANNE-MARIE WAGGONER
LITTLER MENDELSON
A Professional Corporation

Attorneys for Defendant
TELECARE CORPORATION

Dated: July 2, 2009

MICHAEL C. COHEN
LAW OFFICES OF MICHAEL C. COHEN

Attorney for Plaintiff
MICHELLE FRANCIS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 6, 2009

UNITED STATES MAGISTRATE JUDGE
BERNARD ZIMMERMAN

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION RE: PARTIES' WAIVER OF POST-
JUDGMENT MOTIONS, APPEAL AND COSTS    2    CASE NO. CV 08 2468 BZ

Received 07-03-2009 02:26pm From- To-LITTLER MENDELSON Page 003